REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PETERSEN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUR LA TABLE, INC., a Washington corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No.: 3:11-cv-01254-CRB<br><br>[PROPOSED] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE ON JOINT STIPULATION OF PARTIES**<br><br>DATE:         June 17, 2011<br>TIME:         8:30 a.m.<br>CRT RM.:   8<br><br>**Hon. Charles R. Breyer** |

1   IT IS HEREBY ORDERED that, pursuant to the Joint Stipulation of the parties and good
2   cause appearing, the Initial Case Management Conference currently set for June 17, 2011 is
3   continued to August 12, 2011 at 8:30 a.m. before the Honorable Charles R. Breyer.  The joint case
4   management conference statement shall be due not less than seven days prior to the conference.

6   The parties are to report to Courtroom **6** on the **17th** Floor, U.S. District Courthouse, 450
7   Golden Gate Avenue, San Francisco, CA 94102.

9   IT IS SO ORDERED.

11  DATED:  June 10, 2011



Honorable Charles R. Breyer
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware