Scott H. Jacobs, SBN 81980
sjacobs@reedsmith.com
Brandon w. Corbridge, SBN 244934
bcorbridge@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Telephone:    213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendant
SUR LA TABLE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PETERSEN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUR LA TABLE, INC., a Washington corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No.: 3:11-cv-01254-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**DATE:**       **August 12, 2011**<br>**TIME:**       **8:30 a.m.**<br>**CRT RM.:**     **6**<br><br>**Hon. Charles R. Breyer** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

---

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1    WHEREAS, Plaintiff Linda Petersen ("Plaintiff") filed the Complaint in this action on March

2    15, 2011;

3    WHEREAS, Defendant Sur La Table, Inc. ("Defendant") filed its Answer to the Complaint

4    on April 12, 2011;

5    WHEREAS, this action was related to the action entitled *Nancy Dardarian v. Sur La Table,*

6    *Inc.*, Case No. 11-cv-00948 CRB by order of the Court on April 22, 2011.

7    WHEREAS, the initial case management conference in this case and the related *Dardarian*

8    action was originally set for June 17, 2011;

9    WHEREAS, on June 2, 2011, Plaintiff Amanda Georgino filed a petition with the Judicial

10   Panel on Multidistrict Litigation ("JPML") to have her case (*Georgino v. Sur La Table, Inc.*, Case

11   No. 2:11-cv-03522) transferred to the Northern District of California and coordinated with this

12   action and the *Dardarian* action;

13   WHEREAS, on June 10, 2011, the Court granted the parties' request to continue the initial

14   case management conference to August 12, 2011;

15   WHEREAS, on July 28, 2011, the JPML held oral arguments on the petition, and took the

16   matter under submission;

17   WHEREAS, the parties to this action believe that conducting an initial case management

18   conference while a Motion to Transfer a related case is pending would impose an undue burden on

19   the parties and the Court if the JPML ultimately grants Georgino's Motion to Transfer, because any

20   case management order issued at this stage would most likely need to be revised following the

21   transfer of the *Georgino* case to this Court;

22   WHEREAS, the parties to the *Dardarian* action have stipulated and requested that the Court

23   continue the initial case management conference to September 2, 2011 or a date thereafter that is

24   convenient for the Court.

25   THEREFORE, the parties hereby stipulate and respectfully request that the Court continue

26   the Case Management Conference until September 2, 2011 or a date thereafter that is convenient for

27   the Court. The parties will file their joint case management statement at least 7 days before the

28   scheduled Case Management Conference.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

DATED:  August 5, 2011                    REED SMITH LLP

                                          By    /s/ Scott H. Jacobs
                                              Scott H. Jacobs
                                              Brandon W. Corbridge
                                              Attorneys for Defendant
                                              SUR LA TABLE, INC.

DATED:  August 5, 2011                    HARRISON PATTERSON & O'CONNOR LLP

                                          By    /s/ James R. Patterson
                                              James R. Patterson
                                              Attorneys for Plaintiff
                                              LINDA PETERSEN.

## ECF ATTESTATION

I, Scott H. Jacobs, am the ECF User whose ID and Password are being used to file this:

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

In compliance with General Order 45, X.B., I hereby attest that James R. Patterson concurred in this filing.

Dated: August 5, 2011                     REED SMITH LLP

                                          By:  /s/ Scott H. Jacobs
                                              Scott H. Jacobs

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2      **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the Initial Case

3      Management Conference currently set for August 12, 2011 is hereby continued to September 2,

4      2011 before the Honorable Charles R. Breyer.  The joint case management conference statement

5      shall be due not less than seven days prior to the conference.

6

7      The parties are to report to Courtroom 6 on the 17th Floor, U.S. District Courthouse, 450

8      Golden Gate Avenue, San Francisco, CA 94102.

9

10     IT IS SO ORDERED.

11

12

13     DATED:  August 8, 2011                              By: _____



14                                                         Honorable Charles R. Breyer
                                                           United State District Court
15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE