Scott Jacobs, SBN 81980
sjacobs@reedsmith.com
Brandon Corbridge, SBN 244934
bcorbridge@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Telephone:    213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendant
SUR LA TABLE, INC.

James R. Patterson, SBN 211102
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, 29th Floor
San Diego, CA 92101

Telephone:    619.756.6990
Facsimile:    619.756.6991

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

LINDA PETERSEN, an individual, on behalf of herself and all others similarly situated,

Plaintiffs,

vs.

SUR LA TABLE, INC., a Washington corporation; and DOES 1 through 50, inclusive,

Defendants.

No.: 3:11-cv-01254-CRB

**JOINT STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, 28 U.S.C. § 1404(a)**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    WHEREAS, on February 16, 2011, Amanda Georgino filed a class action complaint in the

2    Superior Court of California, County of Los Angeles, Case No. BC455406, on behalf of herself and

3    a proposed statewide class consisting of all persons in California from whom Defendant Sur La

4    Table, Inc. ("Sur La Table") requested and recorded personal identification information in

5    conjunction with a credit card transaction (the "*Georgino* Action").

6    WHEREAS, on March 15, 2011, Plaintiff Linda Petersen ("Plaintiff") filed the Complaint in

7    this action on behalf of herself and a proposed statewide class consisting of all persons from whom

8    Sur La Table requested and recorded personal identification information in conjunction with a credit

9    card transaction in California.

10    WHEREAS, on April 25, 2011, the *Georgino* Action was removed to the United States

11    District Court for the Central District of California, Case No. CV11-03522 MMM/JEM;

12    WHEREAS, the parties to this action believe that the interest of justice, including the interest

13    in judicial economy, would be best served by transferring this action to the United States District

14    Court for the Central District of California where the first-filed *Georgino* Action is pending;

15    THEREFORE, the parties hereby stipulate and respectfully request that the Court transfer

16    this action to the United States District Court for the Central District of California pursuant to 28

17    U.S.C. § 1404(a).

18    IT IS SO STIPULATED.

19    DATED:  August 26, 2011                    REED SMITH LLP

20

21                                              By      */s/ Scott H. Jacobs*
                                                   Scott H. Jacobs
22                                                 Brandon W. Corbridge
                                                   Attorneys for Defendant
23                                                 SUR LA TABLE, INC.

24    DATED:  August 26, 2011                    HARRISON PATTERSON & O'CONNOR LLP

25

26                                              By      */s/ James R. Patterson*
                                                   James R. Patterson
27                                                 Attorneys for Plaintiff
                                                   LINDA PETERSEN
28

No.: 3:11-cv-01254-CRB                          - 1 -

STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE

**ECF ATTESTATION**

I, Scott H. Jacobs, am the ECF User whose ID and Password are being used to file this:

**JOINT STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, 28 U.S.C. § 1404(a)**

In compliance with General Order 45, X.B., I hereby attest that James R. Patterson concurred in this filing.

Dated: August 26, 2011                    REED SMITH LLP


                                          By:  */s/ Scott H. Jacobs*
                                                Scott H. Jacobs

1    **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY**

2    **ORDERED** that this matter is TRANSFERRED to the United States District Court for the Central

3    District of California.  28 U.S.C. § 1404(a); *see Bennet v. Bed Bath & Beyond, Inc., et al.*, No. 11-

4    02220, 2011 U.S. Dist. LEXIS 79973 (N.D. Cal. Jul. 22, 2011).

5

6    **IT IS SO ORDERED.**

7

8

9    DATED:   August 29, 2011                                    By: _____

                                                                    R. Breyer

10                                                                  ...t Court



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No.: 3:11-cv-01254-CRB                    - 1 -
STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware